**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | |
| v. | **JUDGE** |
| **JENNIFER MERSHON,** | 2:26-CR-69 |
| | **INFORMATION** Judge Graham |
| **Defendant.** | **20 U.S.C. § 1097(a)** |

THE UNITED STATES ATTORNEY CHARGES:

<u>**COUNT ONE**</u>
(Student Loan Fraud)

From approximately June 25, 2021, through January 26, 2023, in the Southern District of Ohio, the defendant, **JENNIFER MERSHON**, did knowingly and willfully obtain by fraud, false statement and forgery, $56,803.15 in funds, assets and property provided and insured under subchapter IV of Chapter 28 of Title 20 of the United States Code.

**In violation of 20 U.S.C. § 1097(a).**

DOMINICK S. GERACE II
United States Attorney

JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney